# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 23-2813

———————————————

Jonetta L. Grieme

*Plaintiff - Appellant*

v.

Shawn Collie, Buchanan County Drug Strike Force; Mike Strong, Buchanan
County Sheriff's Department

*Defendants - Appellees*

——————————

Appeal from United States District Court
for the Western District of Missouri - St. Joseph

——————————

Submitted: March 6, 2024
Filed: March 14, 2024
[Unpublished]

——————————

Before LOKEN, BENTON, and ERICKSON, Circuit Judges.

——————————

PER CURIAM.

Jonetta Grieme appeals following the district court's[1] adverse grant of summary
judgment in her pro se civil rights action. Upon careful review, we conclude that the

———————————————

[1]The Honorable Brian C. Wimes, United States District Judge for the Western
District of Missouri.

district court correctly determined that Grieme's claims were time-barred under Missouri's statute of limitations. See Knapp v. Fag Bearings, LLC, 69 F.4th 513, 516 (8th Cir. 2023); Sulik v. Taney County, 393 F.3d 765, 767 (8th Cir. 2005). Grieme raises several arguments for tolling the limitation period, but we conclude that none has merit.

Accordingly, we affirm the judgment of the district court. See 8th Cir. R. 47B.

_____